# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 12-mc-10 (RHK/TNL) |
| Petitioner, | **ORDER** |
| v. | |
| Lano Equipment, Inc., et al., | |
| Respondents. | |

Based upon Report and Recommendation of United States Magistrate Judge Tony N. Leung dated May 8, 2012 (Doc. No. 17), together with all the files, records and proceedings herein, and no objections to said Report and Recommendation having been filed, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 17) is **ADOPTED**;

2. The United States of America's Petition to Enforce Internal Revenue Service Summonses (Doc. No. 1) is **GRANTED;**

3. Within 30 days of the date of this Order, Respondent Lano Equipment, Inc. ("Lano Equipment") shall obey every requirement of the Internal Revenue Service Summons issued on August 12, 2011, by providing the attendance, testimony, and production of books, records, papers, and other data as is required and called for by the terms of the summons, before an officer of the Internal Revenue Service at such time and place as may be fixed by that officer; and

4. Within 30 days of the date of this Order, Respondents Lano Equipment, Bradley Lano, as president of Lano Equipment, Gary Lano, as vice president of Lano Equipment, Kurt Lano, as vice president of Lano Equipment, Rodney Lano, as vice president of Lano Equipment, Joseph Lano, as secretary of Lano Equipment, and Roger Lano, as treasurer of Lano Equipment, shall obey every requirement of the six Internal Revenue Service summonses issued on July 11, 2012, by providing the attendance and testimony as is required and called by the

terms of the summonses, before an officer of the Internal Revenue Service at such time and place as may be fixed by that officer.

Dated:  June 5, 2012

                                              <u>s/Richard H. Kyle</u>
                                              RICHARD H. KYLE
                                              United States District Judge